| STATE OF INDIANA | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|
| COUNTY OF ST. JOSEPH | CAUSE NO. **71C01-1801-CT-000018** _____ |

KATLYN BLASKO
c/o FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN 46617

       Plaintiff,

  v.

WAL-MART STORES, INC.
c/o C T Corporation System
150 W. Market St., Ste. 800
Indianapolis, IN 46204

       Defendant.

_____/

**COMPLAINT FOR DAMAGES**

Plaintiff, Katlyn Blasko, for her claim for relief states:

1. On November 1, 2016, Katlyn Blasko was on the premises of defendant, Wal-Mart Stores, Inc., and fell.

2. As a proximate result of the fall, plaintiff sustained physical injuries which may be permanent and suffered and continues to suffer physical and mental pain.

3. As a proximate result of the fall, the plaintiff incurred hospital and medical expenses, lost wages and may incur such expenses and losses in the future.

4. The injuries and damages were the proximate result of the negligence of agents and/or employees of the defendant. Wal-Mart Stores, Inc.

WHEREFORE, Katlyn Blasko demands judgment against the defendant in an amount that will reasonably compensate her for the injuries and damages sustained, for

Exhibit A

the costs of this action and for all other just and proper relief in the premises and for trial by jury.

        Respectfully submitted,

        FOLEY & SMALL

        /s/ *Ed Foley*
        _____
        Edmond W. Foley (#8525-71)
        1002 East Jefferson Blvd.
        South Bend, IN 46617
        Telephone: (574) 288-7676
        efoley@foleyandsmall.com
        Attorneys for the Plaintiff

NOTICE OF INTENT TO DESTROY
CIVIL CAUSE OF ACTION

Pursuant to Local Rule 112 of the St. Joseph County Courts ("Rule"), all models, diagrams, documents or materials admitted in evidence or pertaining to this case that has been or will be placed in the custody of the Official Court Reporter as exhibits must be taken away by the parties offering them in evidence, four (4) months after the case is decided unless an appeal is taken.  If an appeal is taken, all such exhibits must be retained by the Official Court Reporter for two (2) years from termination of the appeal, retrial or subsequent appeal and termination, whichever is latest.  These time periods may be altered by Court order.

    Evidence which is not retaken after expiration of the applicable retention period above will be disposed of by the Sheriff, or his agent, on the Court's Order.

    Notwithstanding any provision of the Rule of this Notice to the contrary, the Judge of the St. Joseph Circuit Court, the Judge of the St. Joseph Probate Court, and the Chief Judge of the St. Joseph Superior Court shall have the authority to order the destruction of any evidence that is compromised by age, damage, lack of case identifiers, or inadvertent destruction.