**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| KATLYN BLASKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.:  3:18-cv-00094 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, Wal-Mart Stores, Inc. ("Defendant"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure; the Court's Memorandum of Scheduling Conference and Order Concerning Dispositive Motions, Pretrial Conference, and Trial filed on September 12, 2018 (ECF No. 15); and the Court's Instructions for Filing Fully-Briefed Dispositive Motions, hereby notifies the Court that the Defendant served its Motion for Summary Judgment, Brief in Support, and Supporting Documents on all other counsel of record on October 12, 2018.

Respectfully submitted,

BARRETT McNAGNY LLP

By _s/Robert T. Keen, Jr._
Robert T. Keen, Jr. #5475-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
Phone: (260) 423-9551
Fax: (260) 423-8920
E-Mail: rtk@barrettlaw.com
*Attorney for Defendant*

1

2159801

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of October, 2018, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Edmond W. Foley, Esq.
FOLEY & SMALL, LLP
1002 East Jefferson Blvd.
South Bend, IN 46617
*Attorney for Plaintiff*

*s/Robert T. Keen, Jr.*
Robert T. Keen, Jr.

2159801